```
LEONARDO M. RAPADAS
United States Attorney
CRAIG N. MOORE
Assistant United States Attorney
DISTRICT OF THE NORTHERN
    MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone:  (670) 236-2982
Fax:        (670) 236-2985
```

F I L E D
Clerk
District Court

MAY - 4 2007

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        Plaintiff, )<br>)<br>    v. )<br>)<br>PAUL VILLANUEVA ADA, )<br>  a/k/a, "PAUL MADUK," )<br>NORBERT BENAVENTE CAMCHO, )<br>and KELVIN MATAGOLAI CEPEDA, )<br>)<br>        Defendants. )<br>_____ ) | Criminal Case No. CR 07-00005<br><br>**ORDER** |

Upon the application of the United States of America, it is hereby ORDERED that the Clerk shall maintain this file under seal until further order of the Court.

_____
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE