AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF **the Northern Mariana Islands**

F I L E D
Clerk
District Court

MAY - 8 2007

for The Northern Mariana Islands

By_____
(Deputy Clerk)

UNITED STATES OF AMERICA,

Plaintiff,

V.

**PAUL VILLANUEVA ADA,
a/k/a, "PAUL MADUK,"
NORBERT BENAVENTE CAMACHO,
and KELVIN MATAGOLAI CEPEDA,**

Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: **CR 07 - 00005**

**ORIGINAL**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **PAUL VILLANUEVA ADA, a/k/a, "PAUL MADUK"**
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

**Conspiracy to Distribute a Controlled Substance (Count 1); and
Distribution of a Controlled Substance (Count 2)**

**RECEIVED**

MAY 0 4 2007

US MARSHALS SERVICE-CNMI

in violation of Title **21** United States Code, Section(s) **841(a)(1) and (b)(1)(C)**

and in violation of Title **21** United States Code, Section (s) **846**

| HONORABLE ALEX R. MUNSON | CHIEF JUDGE, DISTRICT COURT OF THE NMI |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Alex R. Munson | 5-4-07    SAIPAN, CNMI |
| Signature of Issuing officer | Date and Location |

Bail fixed at $ **NO BAIL** by /s/ Alex R. Munson
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
Airport Rd Residence Near Unfinished cliffside hotel

| DATE RECEIVED 04 MAY 07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 08 MAY 07 | W. M. Calvert CIDUSM #3086 | /s/ CIDUSM #3086 DWM |