MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
********************************************************************

CR-07-00005-001                                                May 9, 2007
CR-07-00006-001                                                9:45 a.m.

**UNITED STATES OF AMERICA  -V-  PAUL V. ADA**

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE  PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           CRAIG MOORE, ASSISTANT U.S. ATTORNEY
           PAUL V. ADA, DEFENDANT

PROCEEDINGS:   INITIAL APPEARANCE

　　　Defendant appeared without counsel.  Government was represented by Craig Moore, AUSA.

　　　Government moved to unseal this case.  Court so ordered.

　　　Defendant was examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings.

　　　Defendant was advised that if he did qualify for a Court Appointed counsel that one would be appointed for him.  Defendant stated he wanted a court appointed attorney.  Court found, after reviewing the financial affidavit, that the defendant did qualify and ordered that an attorney be appointed for this defendant.

　　　Court set the arraignment hearing for 8:00 a.m. tomorrow morning.

　　　Court remanded the defendant back into the custody of the U.S. Marshal until further order of the Court.

                                            Adjourned at 9:50 a.m.


                                            /s/K. Lynn Lemieux, Courtroom Deputy