# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*************************************************************************

CR-07-00005-001                         May 10, 2007
CR-07-00006-001                         8:05 a.m.

### UNITED STATES OF AMERICA -vs- PAUL VILLANUEVA ADA

PRESENT:     HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
                 K. LYNN LEMIEUX, COURTROOM DEPUTY
                 SANAE SHMULL, COURT REPORTER
                 CRAIG MOORE, ASSISTANT U.S. ATTORNEY
                 F. MATTHEW SMITH, COURT-APPOINTED ATTORNEY FOR DEFENDANT
                 PAUL V. ADA, DEFENDANT

PROCEEDINGS:    ARRAIGNMENT

      Defendant **PAUL VILLANUEVA ADA** appeared with court-appointed counsel, Attorney F. Matthew Smith. Government was represented by Craig Moore, AUSA. Also present were Margarita Wonenberg and Melinda Brunson, U.S. Probation Officers.

      Defense stated that they were ready to proceed with the Arraignment.

      Defendant was sworn, examined as to his understanding of the proceedings and advised of his constitutional rights.

      Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against him. In Criminal Case **07-00005** Court set jury trial for **JULY 9, 2007 at 9:00 a.m.** Defense moved that pretrial motions be extended if possible until after the 24th of May. No argument from the Government. Court ordered that Pretrial motions shall be filed by **May 30, 2007.** In Criminal Case **07-00006-001**, Court set jury trial for **JULY 16, 2007 at 9:00 a.m.** and Pretrial Motions filed by May 30, 2007.

      Government moved that the defendant be held without bail. No argument from the Defense at this time, however, Defense moved to come before the Court at a later time regarding bail. Court ordered "no bail" at this time.

      The defendant was remanded into the custody of the U.S. Marshal until further order of the Court.

                                                   Adj. 8:25 a.m.

                                                /s/K. Lynn Lemieux, Courtroom Deputy