# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-07-00005                                                                                          June 29, 2007
CR-07-00022                                                                                          3:30 p.m.

### UNITED STATES OF AMERICA  -vs- PAUL VILLANUEVA ADA

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           MICHELLE MACARANAS, DEPUTY CLERK
           SANAE N. SHMULL, COURT REPORTER
           CRAIG MOORE, ASSISTANT U.S. ATTORNEY
           MATTHEW F. SMITH, ATTORNEY FOR DEFENDANT
           PAUL VILLANUEVA ADA, DEFENDANT

PROCEEDINGS:   **CHANGE OF PLEA / WAIVER OF INDICTMENT / FILING OF INFORMATION / ENTRY OF PLEA**

Defendant appeared with court-appoint counsel, Attorney Matthew F. Smith. Government was represented by Craig Moore, AUSA.

Parties filed in open court the Waiver of Indictment and Information for CR-07-00022. Defendant stated in open court that he wished to Waive the Indictment and Enter a Plea to the charges in CR-07-00022 and CR-07-00005-001. Court accepted the Waiver.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings in the courtroom today.

Court reviewed each of the charges, in the indictment, with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of **GUILTY as to Count II in CR-07-00005.** Defendant entered a plea of **GUILTY as to Count I in CR-07-00022.** Court found that the defendant was fully competent to enter a knowing and voluntary plea. Court accepted the plea of guilty and plea agreement.

Court ordered a Presentence Investigation Report be submitted on or before Tuesday, September 4, 2007 and that the **Sentencing hearing be set for Tuesday, October 9, 2007 at 10:00 a.m.**

AUSA Moore moved the Court to dismiss CR-07-0006. Court so ordered.

Court ordered that the defendant be remanded into the custody of the U.S. Marshal.

                                                                          Adjourned at 4:30 p.m.

                                                                          /s/Michelle Macaranas, Deputy Clerk