FILED
Clerk
District Court

JUN 29 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL ACTION NO. 07-00005-001 |
| Plaintiff, ) | |
| vs. ) | **ORDER SETTING SENTENCING DATE** |
| PAUL VILLANUEVA ADA aka PAUL MADUK, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the defendant be referred to the United States Probation Office for investigation and report. The presentence investigation report is due on Tuesday, September 4, 2007 and sentencing is scheduled for **Tuesday, October 9, 2007 commencing at the hour of ten o'clock a.m.**

DATED this 29th day of June, 2007.

_____
ALEX R. MUNSON
Chief Judge

AO 72
(Rev. 08/82)